LinkedIn  [People ▼] [Jay] [Smith] [Search]    Join now    Sign in





### Jay Smith
Realtor Sales Associate at Century 21 Cityside

Boston, Massachusetts, United States · 113 connections

**Join to Connect**

- Century 21 Cityside
- University of Massachusetts Boston

## Activity



The Boston condo market is on a fast track and will continue to thrive as the city further develops into an international hub. Read more on our blog!...
Shared by Jay Smith

Built in 1871, Reimagined in 2022. Under Construction right now in Back Bay, Century 21 Cityside - Our Future headquarters. Come discover The Real...
Shared by Jay Smith

## Experience

 **Realtor Sales Associate**
Century 21 Cityside
2020 - Present · 2 years

 **Petty Officer Second Class**
U.S. Coast Guard
2013 - 2019 · 6 years

## Education

 **University of Massachusetts Boston**
Master of Science - MS · City/Urban, Community and Regional Planning
2019 - 2022

 **University of New Hampshire**
Bachelor's degree

### View Jay's full profile

- See who you know in common
- Get introduced
- Contact Jay directly

**Join to view full profile**

---

## People also viewed

 **John Doherty**
Olde Towne Real Estate Inc.
Braintree, MA

 **Joshua Hearlihy**
Real Estate Advisor at Century 21 Cityside
Greater Boston

 **Douglas Bray**
Broker/Owner of Century 21 Cityside | Back Bay | Boston, MA
Boston, MA

 **Won Chai**
Showing Partner at Keller Williams Realty, Inc.
Greater Boston

 **Nate Hilbert**
Post Production Specialist at Box House Productions
Somerville, MA

 **Steven Kenny**
Realtor at Compass
Winchester, MA

 **Gordon Chen**
Founder of yogotlistings.com & 北京美地新星软件有限公司
Haidian District

 **John Darling**
Head Trainer/Studio Manager Advocate for Green Compass CBD
Londonderry, NH

 **Leony Simo**
Registry of Motor Vehicles Liaison, Professional Driving Schools
Suffolk County, MA

 **Brian Lee**
Attorney
Boston, MA

**Show more profiles** ▼

## Others named Jay Smith

 **Jay Smith**
Business Development - Creativity and Innovation Chairman at Enterprise Screen Productions
Glasgow

 **Jay Smith**
Owner, The Jay Smith Collection
City of Cape Town

 **Jay Smith**
Lieutenant/EMT at Canton Fire Department
Canton, IL

 **Jay Smith**
Dothan, AL

 **Jay S.**
UX Lead, Design Systems
Seattle, WA

3277 others named Jay Smith are on LinkedIn

**See others named Jay Smith**

### Jay's public profile badge

Include this LinkedIn profile on other websites



**Jay Smith**
Realtor Sales Associate at Century 21 Cityside

Realtor Sales Associate at Century 21 Cityside

University of Massachusetts Boston

View profile    LinkedIn

**View profile badges**

---